# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-1551
_____

Michael Andrew Johnson

*Plaintiff - Appellant*

v.

Wendy Kelley, Director, Arkansas Department of Correction; Byron Brown,
Lieutenant, Wrightsville Unit, Department of Correction (originally named as
Brown); Jada Lawrence, Assistant to Director Kelley, Arkansas Department of
Correction (originally named as Jada Lawerence); Lyn Bennett, Assistant to
Director Kelley, Arkansas Department of Correction; Mindy Shell, Assistant to
Director Kelley, Arkansas Department of Correction

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff
_____

Submitted: August 4, 2021
Filed: August 9, 2021
[Unpublished]
_____

Before SHEPHERD, GRASZ, and STRAS, Circuit Judges.
_____

PER CURIAM.

Arkansas prisoner Michael Johnson appeals the district court's[1] adverse grant of summary judgment on his claim that prison officials were deliberately indifferent by failing to protect him from an assault by fellow prisoners. After careful de novo review of the record and the parties' arguments on appeal, we conclude the district court properly granted summary judgment. *See Holden v. Hirner*, 663 F.3d 336, 340 (8th Cir. 2011) (standard of review); *see also Patterson v. Kelley*, 902 F.3d 845, 851 (8th Cir. 2018) (noting an inmate must show he faced substantial risk of harm and a prison official was deliberately indifferent to that risk to prevail on failure-to-protect claim). Accordingly, we affirm. *See* 8th Cir. R. 47B.

—————————————————

[1]The Honorable Billy Roy Wilson, United States District Judge for the Eastern District of Arkansas, adopting the findings and recommendations of the Honorable Joe J. Volpe, United States Magistrate Judge for the Eastern District of Arkansas.